IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:19-cv-01249 |
| | ) | |
| GEORGE MASON UNIVERSITY, *et al.* | ) | |
| | ) | |
| *Defendants.* | ) | |

**CONSENT ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND OPPOSITION TO MOTION TO PROCEED BY PSEUDONYM**

The Court having reviewed the Consent Motion to Modify Briefing Schedule for Defendants' Motion to Dismiss and Opposition to Motion to Proceed by Pseudonym, and it appearing that good cause exists for granting said motion, IT IS THEREFORE ORDERED that:

1. The Consent Motion to Modify Briefing Schedule for Defendants' Motion to Dismiss and Opposition to Motion to Proceed by Pseudonym is GRANTED.

2. The deadline for Defendants' to respond to the pleadings is extended and a briefing schedule is set as listed below:

| | |
|---|---|
| Defendants' Motion to Dismiss and Opposition to Motion to Proceed by Pseudonym | December 21, 2019 |
| Plaintiff's Opposition to Motion to Dismiss and Reply in Support of Motion to Proceed by Pseudonym | January 22, 2020 |
| Defendants' Reply in Support of Motion to Dismiss | February 5, 2020 |

Dec 4, 2019

/s/
United States District Judge
Liam O'Grady
United States District Judge