# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| | ) |
| v. | ) Civil Action No.: 1:19-cv-01249 |
| | ) |
| GEORGE MASON UNIVERSITY, *et al.* | ) |
| | ) |
| | ) |
| *Defendants*. | ) |

## DEFENDANTS JENNIFER HAMMAT, JULIAN WILLIAMS, KEITH RENSHAW, ANN ARDIS, AND S. DAVID WU'S **NOTICE OF HEARING**

Please be advised that on Friday, the 6th day of March 2020, at 10:00 a.m., or as soon thereafter as the parties may be heard, counsel for Defendants Jennifer Hammat, Julian Williams, Keith Renshaw, Ann Ardis, and S. David Wu (collectively the "Individual Defendants") will move the Court to hear the Individual Defendants' Motion to Dismiss Count II-IV.

December 20, 2019                        RESPECTFULLY SUBMITTED

                                             /s/

Eli S. Schlam, Asst. Atty. Gen.
Virginia Bar Number 92987
George Mason University
4400 University Drive,
MS 2A3
Fairfax, VA 22030
Phone: (703) 993-2619
Fax: (703) 993-2340
eschlam@gmu.edu

*Attorney for the Individual Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of December 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record in this case.

/s/
Eli S. Schlam, Asst. Atty. Gen.
Virginia Bar Number 92987
George Mason University
4400 University Drive,
MS 2A3
Fairfax, VA 22030
Phone: (703) 993-2619
Fax: (703) 993-2340
eschlam@gmu.edu