**EXHIBIT 21**




NEWS / CULTURE / OPINION / SPORTS / THE VOICE OF GMU KOREA / ETC. / FIND YOUR COPY /

# Sexual assault investigation

OCTOBER 24, 2016 / 0 COMMENTS / 905 VIEWS

Facebook 7   Twitter   LinkedIn   Email

BY SARMAT CHOWDHURY, STAFF WRITER

Students received an email Sept. 16 alerting the community to the launch of an investigation surrounding a sexual assault case filed by a female student on campus.

The investigation, led by the U.S. Department of Education's Office for Civil Rights, started with a complaint that "alleges that the university failed to respond promptly and equitably to her [the female student's] report of sexual assault, and as a result, she was subjected to a sexually hostile environment," the Office of Compliance, Diversity and Ethics' Vice President Julian R. Williams said. The complaint was lodged to the Office of Compliance, Diversity and Ethics, according to Williams in an email to the Mason community.

Williams said he and others take such matters seriously, which he explained was the intent behind the initial email that was sent out to students.

"Some schools do it differently. What we try to do here at Mason is to be as transparent as we can around these issues. Because it is all public information, so what we would rather not do is [keep it quiet and] have somebody in the community find out about a situation like this where we have received a complaint from the Office for Civil Rights," Williams said.

Williams added that he and the university would rather not have the first time students hear about an issue like this come from an email that somebody forwarded to them.

"We'd rather let the community know that 'hey, this is what's out there,' this is what we are doing in response as well as this is how we are going to move forward around these issues as well. So, it's trying to be as transparent as possible and be as forthright as possible," Williams said.

Since 2011, there have been a total of 336 "investigation of colleges for possibly mishandling reports of sexual violence" according to the Chronicle of Higher Education. As of October 2016, only 55 cases have been resolved. Regarding Mason and its particular case, Williams said he was willing to explain the procedures for the filing of an investigation.

"It's a back and forth process. We would have to provide certain information to the Office of Civil Rights. They want to know a lot of information, but specifically how have we [Mason] responded to complaints of sexual harassment, sexual assault, dating violence and stalking for the last three academic years," Williams said. "They also want to see our training materials, who is in some of these roles to respond to these issues."

He added that the next step in this case is piecing all the information together, reaching out to the investigator about the case, getting some clarification and then compiling that information to send and submit to the Office for Civil Rights.

Though this is an ongoing investigation, Williams was confident in stating that Mason would not be going to the court due to the nature of the complaint.

"Usually, these sorts of complaints, they are handled within the Office for Civil Rights resolution processes," Williams said.

Williams added that what happens with a situation like this case is that Mason has to comply with Title IX, because the school receives federal funding in the form of financial aid. Title IX refers to Title IX of the Education

SEARCH

SPONSOR

TWITTER FEED

 @IVEstate
Student-run news outlet for daily updates and in-depth coverage of George Mason University. •Ads are not endorsements• Find us online at https://t.co/XcwS8mEYmU

RT @IVEstate_Sports: Check out @NatalieHeavren's recap of @MasonWBB's win over American U yesterd...
Sat 23rd Nov 19 16:23

RT @IVEstate_Sports: .@MasonMBB lost their first game of the season against No.6 Maryland. Here...
Sat 23rd Nov 19 16:23

Our Panda Express fundraiser is TODAY! Stop by and show our flyer to the cashier until 8:00 tonig...
Fri 22nd Nov 19 13:29

RT @IVEstate_Sports: Don't forget to follow @NatalieHeavren for live coverage of the Mason-Mary...
Fri 22nd Nov 19 13:29

This week in #Opinion: Yes, The Equal Rights Amendment Matters https://t.co/hBaaC4n7fs
Fri 22nd Nov 19 13:00

Recent  Popular  Comments

 Javon Greene's career-high not enough to edge Maso...
JANUARY 18, 2020

 Virginia Supreme Court Rules Against Transparent G...
DECEMBER 15, 2019

 Mason Men's Basketball Improves to 10-1 With...
DECEMBER 8, 2019

Amendments of 1972, which is designed to protect individuals from discrimination in educational activities or programs that receive Federal financial assistance.

"Their job [the Department of Education and the Office for Civil Rights] is when they receive and accept a complaint, they would come in and investigate to make sure/double check just in case. So their enforcement power isn't listed. They wouldn't be able to sue the university. The biggest sort of power that they would wield would be one of the egregious cases where they could limit a university's ability to accept financial aid funding," Williams said.

As Williams pointed out, the government has never had to limit a university's ability to accept financial aid funding for investigations. He also mentioned the proactive moves that Mason has made prior to the Title IX complaint, with the hire of a full-time Title IX committee.

While the investigation continues, Mason will have resources both on and off-campus for students who either wish to report a case of sexual assault or utilize the counselors and various other outlets that are available to victims of sexual violence.

campus    News

lawsuit    mishandled case    sexual assault

About jennifershaskan
View all posts by jennifershaskan →

Read Previous
Bomb scare at Mason

Read Next
George Mason and Slavery


New Title IX Coordinator, Who This?
AUGUST 26, 2019


Mason's Student Senate Signs New Resolution
APRIL 1, 2019


Mason Searching for New Title Ix Coordinator
MARCH 25, 2019


Mason improves to 9-1 in a lackluster performance …
DECEMBER 5, 2019


Women's Basketball Falls to 4-5 in Wednesday Matin…
DECEMBER 4, 2019

## FOURTH ESTATE WEEKLY

Shelf by Issuu
11.18.19 - Fourth Estate



## FOLLOW IVE ON SOCIAL MEDIA

**Sponsored**

**Prevent Gutter Clogging With This Trick. See Why Gutter Cleaning Companies Hide This From Homeowners**
LeafFilter Partner

**Meet The Skincare Made For Women Over 40 In Mind. Real Naturals Repair and Prevent Creams**
Color The World Lipsticks

**You Will Be Surprised How Affordable LeafFilter™ Is!**
LeafFilter Partner

**These Venus® Dresses Are Perfect For Every Body Type**
Venus

**How To Empty Your Bowels Every Morning - Top Surgeon Explains How**
Gundry MD Bio Complete 3 Supplements

**3 Dangerous Foods People Feed Their Dogs (Without Realizing It)**
Dr. Marty ProPower Plus Supplement

| Comments | Community | 🔴 1 Login ▾ |
|---|---|---|

♡ Recommend    🐦 Tweet    f Share              Sort by Best ▾

Start the discussion…

LOG IN WITH                OR SIGN UP WITH DISQUS ?



Name

Be the first to comment.

✉ Subscribe    D Add Disqus to your siteAdd DisqusAdd

Sponsored

**Giada De Laurentiis Is Way More Than Just A Chef**
MyDailyMagazine

**Prevent Gutter Clogging With This Trick. See Why Gutter Cleaning Companies Hide This From Homeowners**
LeafFilter Partner

**Meet The Skincare Made For Women Over 40 In Mind. Real Naturals Repair and Prevent Creams**
Color The World Lipsticks

**These Venus® Dresses Are Perfect For Every Body Type**
Venus

**How To Empty Your Bowels Every Morning - Top Surgeon Explains How**
Gundry MD Bio Complete 3 Supplements

**3 Dangerous Foods People Feed Their Dogs (Without Realizing It)**
Dr. Marty ProPower Plus Supplement

## RECENT COMMENTS

**Alexander Kenny**
Great story! Should be distributed on a leaflet a...
FEBRUARY 9, 2018

 **Amanda**
I'll happily watch the curling competitions and c...
FEBRUARY 8, 2018

**Scarlett Simpson**
Really great article! It definitely brings a pers...
FEBRUARY 7, 2018

**Johnny Walker**
I never thought about it but I bet biathlon reall...
FEBRUARY 5, 2018

## WHERE TO GET PRINT COPIES

Fourth Estate Pr... 

Map data ©2020 · Terms · 2,000 ft



**3269** Likes

**3933** Followers

**SUBSCRIBE**
RSS Feeds

© Fourth Estate Designed by FairPixels.com