**EXHIBIT A**

# CONFIDENTIAL



September 10, 2019

███████████, Renshaw and ███████████:

The CHSS Grievance Committee has reviewed materials related to the August 1st grievance filed by Professor ███████████.[1]

The petitioners assert that ███████ continued affiliation with the ███████████ Program risks the loss of its ███████████████████████ accreditation, which potentially harms its faculty and students.

The primary question for this Committee is whether violation(s) of University Policy 1202 by a faculty member affiliated with the ███████████ Program must be resolved in a manner to a) protect the program's affiliation and b) satisfy faculty members' responsibility per the *Faculty Handbook*, Section 2.10.2: "Faculty members must also adhere to the ethical standards of their respective professional associations and to university policies related to professional ethics."

The Committee interprets Mason's policies and the *Faculty Handbook* (section 2.10.2) as requiring that faculty with direct knowledge of violation(s) of University Policy 1202 would violate the *Faculty Handbook's* statement on "ethical standards" by failing to report this violation to the accreditation body.  This presents a potential harm to the petitioners; either a known violation goes unreported (thereby creating new ethics violations), or the violation is reported and the ███ potentially withdrawals the ███████████ Program's accreditation.

The Committee concludes that the responsibility to protect faculty members (and students) who are affected by an individual's actions rest with the institution's designated authority [Dr. Renshaw, in his capacity as ███████████ direct supervisor].  The designated authority should act to avert additional ethical violations or potential loss of accreditation if violations of University Policy 1202 have been determined.

---

[1] Representative for the petitioners: ███████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████
███████████

Thus, the Committee recommends the following:

a. If determination(s) of violation(s) of University Policy 1202 by a faculty member affiliated with the ▓▓▓▓▓▓ PhD program occurred, then that faculty member ▓▓▓▓▓▓ should act in accordance with the *Faculty Handbook* Section 2.10.2 and disaffiliate from the ▓▓▓▓▓▓ Program to prevent harm to the program and to prevent violations of Section 2.10.2 for himself and other faculty.
b. If determination(s) of violation(s) of University Policy 1202 by a faculty member affiliated with the ▓▓▓▓▓▓ PhD program occurred, and that faculty member does not voluntarily disaffiliate, the onus to take corrective actions lie with the supervisor [Dr. Renshaw] per *Compliance, Diversity and Ethics Grievance Procedure, Corrective Actions and Sanctions*. Corrective actions should require, if they do not already, the disaffiliation of that faculty member from the ▓▓▓▓▓▓ Program.
c. Then disaffiliation should occur after all appeals applicable to violation(s) of University Policy 1202 have been exhausted within the University (including direct appeals of determinations made by Compliance, Diversity, and Ethics (CDE) and any review of CDE investigative procedures by the Provost's Office).

The Committee has considered the additional corrective actions proposed by the petitioners. Per University personnel policy and CDE procedures regarding *Corrective Actions and Sanctions*, the Committee concludes that any corrective measures beyond requiring disaffiliation should be developed by the direct supervisor(s) and should consider any existing corrective measures that may have been imposed and any relevant public guidelines that are specific to the ▓▓▓▓▓▓ Program's operation at George Mason University.

The Committee recognizes that this issue is extremely difficult for all parties involved. Please contact me should you have any questions or concerns.

On behalf of the Committee,

*CAGallagher*

Catherine Gallagher, PhD
Chair of the Faculty Grievance Committee, College of Humanities and Social Sciences
George Mason University
4400 University Drive MSN 4F4 Enterprise 303,
Fairfax, Virginia 22030
cgallag4@gmu.edu