**EXHIBIT B**



| Department of Psychology |
|---|
| 4400 University Drive, MS 3F5, Fairfax, Virginia 22030-4444 |
| Phone: 703-993-1384; Fax: 703-993-1359 |

May 31, 2019



Dear ███████:

On February 22, 2019, you received notification from Compliance, Diversity, and Ethics (CDE) of the conclusion of its investigation into the four complaints filed alleging you had engaged in sexual or gender-based harassment, in violation of George Mason University's *Policy 1202: Sexual and Gender-Based Harassment and Other Interpersonal Violence*. The determination letters informed you that CDE's investigation "sustained the allegation that you engaged in conduct that qualifies as sexual or gender-based harassment in violation of Policy 1202."

In addition to violating University policy, the conduct described in those letters, much of which you corroborated, demonstrates a disregard for the professional boundaries that must be observed in interactions between faculty/mentors and students. Your conduct ignored the significant power dynamic that is a part of the relationship with students whom you taught, supervised, and mentored.

As the Chair of the Psychology Department, I am responsible for determining and implementing the appropriate disciplinary sanctions to address the behavior that violated policy, clarifying behavioral expectations, and supporting behavioral change. After careful consideration and consultation with the Dean of CHSS, the VP of Human Resources, and the University Counsel's Office, I am issuing this letter of censure to acknowledge and document that the allegations against you were sustained and to outline actions to ensure that your behavior in the future is professional, appropriate, and consistent with University policy.

To facilitate the required change in behavior and prevent future violations of Policy 1202, the following actions are being taken:

1. You are being required, no later than October 1, 2019, to participate in sexual harassment prevention training focused on heightening your awareness and understanding of how your inappropriate conversations, remarks, and unwanted physical contact created an environment of sexual and gender-based harassment - leaving students subjected to an environment they described as hostile. The training will be identified by CDE. A member of the CDE office will contact you regarding details about the date and time such a training program will be offered, both to coordinate and to confirm your attendance. Your participation or lack thereof will be communicated to me.

2. The following constraints will be placed on your work with Mason students from the date of this letter through the end of Summer 2021 semester, August 15, 2021:

    a. You will be restricted in your mentorship, supervision, and teaching of graduate students in the following ways:

      i. Graduate students currently conducting research under your mentorship and supervision will be asked to meet with the Department Chair to discuss their experience working with you and will be offered the opportunity to switch to another mentor/supervisor. You are not permitted to discuss this meeting or the students' decisions with those students at any time before or after the meeting.

      ii. You will be ineligible to recruit new graduate students to work under your mentorship or supervision during this period.

      iii. You will be ineligible to teach graduate courses during this period.

  b. For any graduate or undergraduate students who elect to remain under your mentorship or supervision, and for any other students with whom you have a professional relationship (e.g., undergraduate students in your courses), the following restrictions will be put in place:

      i. Written communication with Mason students must occur only through Mason-specific means (Mason email and servers). These communications will be subject to review at any time by the University. Communication must not occur via personal email accounts (e.g., Gmail), texts, or other group chat applications (Slack, WhatsApp, GroupMe or others). Any communication with Mason students that occurs outside of Mason-specific means may result in additional disciplinary actions.

      ii. All meetings with students must occur on campus in an open setting. If you engage in meetings with students at professional conferences or at another academic site, these must occur in an open setting, and must be reported in advance (or, if arranged on an impromptu basis, as soon as possible afterward) to your Department Chair. Any meetings that occur off-campus (except for those at professional conferences or other academic settings that are reported to the Chair) may result in additional disciplinary actions.

      iii. Any interactions with students outside of meetings must be limited to department and professional events, where other faculty members are present. Any interaction outside of such events may result in additional disciplinary actions.

3. There will be regular review of your conduct with students throughout this probationary period. This review may include random assessment of your interactions with students and solicitation of feedback from students. By the end of the Fall 2020 semester, your Department Chair, in consultation with the Dean, will make a determination, based on these reviews, about whether there has been sufficient behavioral change to allow you to resume graduate teaching and/or mentorship or supervision of graduate students in Fall 2021. If a positive decision is made, the decision will be subject to change if any violations of the terms described above are subsequently revealed.

4. If you are allowed to resume teaching, mentoring, and/or supervising of graduate students in the future, your Department Chair, in consultation with the Dean, will make the determination if any continuing restrictions or conditions are necessary.

In addition, I note that a number of other complaints about your communication with students have been brought to the department or have emerged in the context of this investigation, which indicate possible violations of University Policy 2208 *Workplace Violence* and the Virginia Department of Human Resource Management (DHRM) Policy 2.35 *Civility in the Workplace*. University Policy 2208 states: "George Mason University is committed to providing a safe learning, living, and working environment for all members of the University community." The policy prohibits specific forms of behavior, including "engaging in behavior that creates a reasonable fear of injury or substantial emotional stress to another person, and other abusive conduct in the workplace that an objectively reasonable person would find hostile, offensive, and unrelated to the University's legitimate interests, which causes substantial emotional distress (e.g., bullying)." DRHM Policy 2.35 states: "The Commonwealth strictly forbids harassment (including sexual harassment), bullying behaviors, and threatening or violent behaviors of employees, applicants for employment, customers, clients, contract workers, volunteers, and other third parties in the workplace. Behaviors that undermine team cohesion, staff morale, individual self-worth, productivity, and safety are not acceptable." Please be aware that HR/Employee Relations will be following up to ascertain if there have been violations of University Policy 2208 and VA DHRM Policy 2.35.

It is imperative you change your behavior and acknowledge the need to implement and observe more appropriate boundaries with your students to prevent future students being negatively impacted. Violations of the terms described above, and/or repeated inappropriate behavior, will require our immediate attention and possibly additional disciplinary sanctions. Depending on the severity of violations or repeated misconduct, those sanctions could include an extension of the probationary period, permanent changes to work assignments related to work with graduate students or other domains, and/or termination of appointment for cause (see Faculty Handbook, Section 2.9.3).

As outlined in the Faculty Handbook, Section 2.11.2, you have the opportunity to grieve the actions that are being taken by the department as a result of CDE's findings.

A copy of this letter will be placed in your personnel file. If you have questions, please contact me or Shernita Rochelle Parker, Interim Vice President, Human Resources and Payroll, at srochell@gmu.edu or 703-993-2606. I recognize this has undoubtedly been a very challenging time, and I hope we can focus on the path forward.

Sincerely,


Keith Renshaw, PhD
Chair & Associate Professor
Department of Psychology


cc: Ann Ardis, Dean, College of Humanities and Social Sciences
    Shernita Rochelle Parker, Interim VP, Human Resources and Payroll