**EXHIBIT G**



**Department of Psychology**

4400 University Drive, MS 3F5, Fairfax, Virginia 22030-4444
Phone: 703-993-1384; Fax: 703-993-1359

September 17, 2019

████████████
████████████████████████
████████████████████████
████████████████████

Dear ████████████:

On August 1, 2019, multiple faculty members in the ████████████ program filed a grievance with the College of Humanities and Social Sciences (CHSS) Grievance Committee against me in my role as Department Chair, for failing to take what they saw as necessary steps to protect the accreditation of that program. Specifically, they suggested that, in four separate cases, you were found to have violated University Policy 1202, which is the university's policy prohibiting sexual or gender-based harassment. They then described ways in which they believed that having a core faculty member of the program with substantiated claims of sexual harassment would put the program in violation of the ████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████ They concluded by requesting that, if you did not voluntarily "disaffiliate" from the ████████ program, I compel your disaffiliation from the program.

I note that, throughout my communication with the Grievance Committee, I did not confirm whether there was any investigation of your behavior or any subsequent findings or sanctions. However, I did respond to the substance of the grievance, in terms of the consequences if any faculty member in the ████████ program was found to have violated the University policy on sexual and gender-based harassment. On September 10, 2019, the Grievance Committee concluded their review of this complaint, and issued the following recommendations:

a. If determination(s) of violation(s) of University Policy 1202 by a faculty member affiliated with the ████████████ program occurred, then that faculty member ████████████ should act in accordance with the Faculty Handbook Section 2.10.2 and disaffiliate from the ████████ ████████ Program to prevent harm to the program and to prevent violations of Section 2.10.2 for himself and other faculty.

b. If determination(s) of violation(s) of University Policy 1202 by a faculty member affiliated with the ████████████ program occurred, and that faculty member does not voluntarily disaffiliate, the onus to take corrective actions lie with the supervisor [Dr. Renshaw] per Compliance, Diversity and Ethics Grievance Procedure, Corrective Actions and Sanctions. Corrective actions should require, if they do not already, the disaffiliation of that faculty member from the ████████████ Program.

c. Then disaffiliation should occur after all appeals applicable to violation(s) of University Policy 1202 have been exhausted within the University (including direct appeals of determinations made by Compliance, Diversity, and Ethics (CDE) and any review of CDE investigative procedures by the Provost's Office).

The Faculty Handbook Section 2.11.2.2 (subsection 2b) indicates that, when a grievance is filed against an academic administrator below the level of the a Dean, the college-level grievance committee makes a recommendation to the Dean, whose decision on the matter is considered final. On September 16, 2019,

CHSS Dean Ann Ardis indicated that she concurred with recommendation 'b'. Moreover, with regard to recommendation 'c', she indicated that her "understanding is that all applicable appeals within the university have been exhausted at this time and that, as per the Provost's July 30, 2019 letter to the Faculty Senate Executive Committee, Mason will not be conducting a re-evaluation of CDE's substantive findings of this case." I sought and received additional confirmation of Dean Ardis' understanding of the status of the Provost's Office's review of investigative procedures in an email from Senior Vice President Carol Kissal on September 16, 2019.

Therefore, I am issuing this letter to inform you that, as of today, you may no longer serve as a core faculty member of the ▇▇▇ program. In line with the description provided by ▇▇▇ in the grievance filed on August 1, 2019, the following actions will accompany this change:

1. Your name and information will be removed from listings of core faculty members ▇▇▇ program materials (e.g., brochure, handbook) and on the website

2. You should no longer attend ▇▇▇ program faculty meetings or participate in ▇▇▇ program decision making

3. You should not participate in ▇▇▇ program related student training, which includes:
   a. Teaching courses or seminars targeted toward ▇▇▇ students
   b. Participating in ▇▇▇ program brown bags
   c. Conducting program-related research (i.e., research related to ▇▇▇ program requirements) with doctoral students in the ▇▇▇ program
   d. Serving on ▇▇▇ student committees (e.g., comps, second year projects, dissertation)
   e. Serving as a research ▇▇▇ mentor for doctoral students in the ▇▇▇ program

4. You should not participate in other work related to the ▇▇▇ program (e.g., serving on committees related to the program's functioning).

To facilitate these actions, I will send a letter to ▇▇▇, instructing her that you are no longer to be considered a core faculty member in the ▇▇▇ program. In that letter, I will request that she remove your information from program materials. I will also ask her to identify all program-related student committees and faculty committees on which you are currently a member, so that we can identify replacements. In addition, based on the preferences you expressed during our meeting on September 16, 2019, I will contact the three doctoral students in the ▇▇▇ program whom you are currently mentoring ▇▇▇ to set up meetings with each of them individually. I will conduct these meetings with ▇▇▇. Together, we will inform the students that you can no longer act as their primary research mentor, and work with them to identify new advisors in line with their research interests. We will make it clear that this decision was not made by you, but we will not disclose the specific nature of the reasons for this change. I will seek to conduct these meetings as soon as possible, and I will ask ▇▇▇ to refrain from discussing this situation with any faculty until we have met with each of these students. Throughout this process, we will do our utmost to provide the students with the support they need.

Finally, I will work with our department staff to remove your affiliation from the ▇▇▇ program on the ▇▇▇ department's website. I ask that you please make all necessary adjustments to any materials that you maintain (e.g., websites, email signatures) to remove references to an affiliation with the ▇▇▇ program.

Please note that these changes do *not* prohibit doctoral students in the ▮▮▮▮▮▮▮▮ program from working with you on non-related program research, nor do they prohibit such students from electing to work for you as Graduate Research Assistants, if you have independent funding for them. The same constraints that were described in the May 31, 2019 letter of censure do continue to apply to your interactions with students in any capacity for the time period specified in that letter.

Barring any unforeseen events, this change in affiliation status will be in place *at least until* all students who are currently enrolled in the program as of the 2019-2020 academic year are no longer enrolled in the ▮▮▮▮▮▮▮▮ program (through graduation or withdrawal). At that time, if you desire to reaffiliate with the ▮▮▮ program, you can follow any prescribed procedures that may be in place in the department at that time. If no such procedures exist, you may make a direct request to the Director of the ▮▮▮▮▮▮▮▮ Program and Department Chair. You may be asked to provide evidence of behavior change in support of your request.

I know that this process has been grueling, and that this decision is a painful one for you. I also understand that it will take extensive work to attempt to rebuild some sense of collegiality, to the extent possible, among you and the other faculty. I am committed to helping to facilitate this work however I can. As one possibility, I am prepared to advocate for facilitated, one-on-one meetings between you and other faculty to help talk through some of these issues. I understand that you may not wish to take such a step now, and that you may not wish to do so with all faculty. Thus, I will rely on your input as to whether, when, and how to initiate such attempts. I am also wholly open to discussing other possibilities with you. I truly hope that we can work to find a productive way forward from these difficult circumstances.

Sincerely,

Keith Renshaw, PhD
Professor & Chair


CC: Ann Ardis, PhD, Dean, College of Humanities and Social Sciences