# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | Civ. Action No. 1:19-cv-01249-LO-MSN |
| ) | |
| v. ) | |
| ) | |
| GEORGE MASON UNIVERSITY, *et al.* ) | **NOTICE OF APPEAL** |
| ) | |
| Defendants. ) | |

Notice is hereby given that Plaintiff Todd Kashdan, formerly known as John Doe,[1] in the above named action, hereby appeals to the United States Court of Appeals for the Fourth Circuit from that portion of the final order of the United States District Court for the Eastern District of Virginia, Alexandria Division, entered on April 23, 2020, dismissing the Complaint with prejudice.

Dated: April 29, 2020

                                        Respectfully Submitted,

                                        FARMER LEGAL, PLLC

                                        By:    *s/ Joshua T. Farmer*
                                              Joshua T. Farmer
                                              5030 Sadler Place, #205
                                              Glen Allen, VA 23060
                                              (804)325-1441
                                              josh@farmerlegalhelp.com

                                                        -and-

---

[1] As part of the order entered on April 23, 2020 (Doc. No. 49), the Court denied Plaintiff's motion to proceed by pseudonym. However, given that the case was dismissed with prejudice, the case caption remains the same. Plaintiff is not appealing that part of the order.

NESENOFF & MILTENBERG, LLP

By: ___/s/ *Andrew T. Miltenberg*___
    Andrew T. Miltenberg (admitted *pro hac vice*)
    Kara L. Gorycki (admitted *pro hac vice*)
    363 Seventh Avenue, Fifth Floor
    New York, New York 10001
    (212) 736-4500
    amiltenberg@nmllplaw.com
    kgorycki@nmllplaw.com


    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following counsel of record:

Eli S. Schlam
George Mason University
4400 University Dr.
Legal Dept.
Fairfax, VA 22030-4444
eschlam@gmu.edu

                                                      /s/ Joshua T. Farmer
                                                      Joshua T. Farmer