FILED: July 15, 2021

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 20-1509
(1:19-cv-01249-LO-MSN)

_____

TODD KASHDAN, f/k/a John Doe

      Plaintiff - Appellant

v.

GEORGE MASON UNIVERSITY; RECTOR AND BOARD OF VISITORS OF GEORGE MASON UNIVERSITY; JENNIFER RENEE HAMMAT, in her official and individual capacity; JULIAN ROBERT WILLIAMS, in his official and individual capacity; KEITH DAVID RENSHAW, in his official and individual capacity; ANN LOUISE ARDIS, in her official and individual capacity; SZUYUNG DAVID DWU, in his official and individual capacity

      Defendants - Appellees

------------------------------

FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION

      Amicus Supporting Appellant

_____

ORDER

_____

The court grants the motion by Toby J. Heytens to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk